FILED
04 MAY 26 PM 12:05
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Fort Myers Division**

**UNITED STATES OF AMERICA ex rel.**

**SUZAN J. WALKER,**
**an individual,**

**Plaintiff,**

**vs.**

**RADIOLOGY REGIONAL CENTER, P. A.,**
**a Florida Corporation,**

**Defendant.**
______________________________/

**Case No.: 2:00-CV-558-FTM-29DNF**

**Judge: John E. Steele**

**FILED UNDER SEAL**

FILED
2004 JUN 14 AM 10:20
Date Time
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA
Initials

**AMENDED QUI TAM COMPLAINT**

Plaintiff, United States of America ex rel., Suzan J. Walker, by and through the undersigned attorney sues Defendant, Radiology Regional Center, P. A., a Florida Corporation, and alleges:

**THE PARTIES**

1. Qui Tam Plaintiff/Relator in this action is Suzan J. Walker, an individual. In accordance with 31 USC § 3730(b), a private person may bring a civil action for a violation of 31 USC § 3729 for the person and for the United States Government. Such action is properly brought in the name of the United States Government.

2. Plaintiff/Relator, Suzan J. Walker, an individual, is a resident of Fort Myers, Lee County, Florida.

3. At all times material hereto, Defendant, Radiology Regional Center, P. A., a Florida Corporation, was and continues to be, a Florida Profit corporation, whose principal

2
S-35

business location is 3680 Broadway, Fort Myers, Lee County, Florida. Defendant, Radiology Regional Center, P.A., a Florida corporation, owns and operates seven (7) medical and business offices at the following Lee County, Florida addresses, to wit: 1.) 3680 Broadway, Fort Myers, Florida 33901; 2.) 6140 Winkler Road, Suite A, Fort Myers, FL 33919; 3.) 8200 College Parkway, Suite 102, Fort Myers, Florida 33919; 4.) Del Prado Boulevard, Cape Coral, Florida 33990; 5.) 1501 Viscaya Parkway, Suite 3, Cape Coral, Florida 33990; 6.) 700 Goodlette Road, Naples, Florida 34102; and 7.) 2330 Pine Ridge Road, Naples, Florida 34109.

**JURISDICTION AND VENUE**

4. This action arises under 31 U.S.C. § 3729 related to false or fraudulent claims made against the United States Government. Pursuant to 31 USC § 3730, a private person may bring a civil action for a violation of § 3729 for the person and for the United States Government. Jurisdiction is founded on 28 USC §§ 1331 and 1345.

5. Venue is proper in the Fort Myers Division of the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1391 (b), because the claim arose there.

**STATEMENT OF FACTS**

6. Radiology Regional Center, P.A., a Florida corporation [hereinafter "RRC"], has been involved in activities that violate the Federal False Claims Act, 31 U.S.C. § 3729, et seq., relative to Medicare claims made for a continuous period from 1990 through and including the present date, to wit:

- Billing for services not performed, including but not limited to, up-coding,

       manipulation of diagnoses by coders, addition of services not performed to billings and others.

- Billings made for medically unnecessary procedures.
- Over-billing for supplies charges routinely.

7. Relator, Suzan J. Walker, has identified and documented with papers and records, approximately fifty-six (56) separate areas of over billing, perpetrated by RRC in the following areas of RRC's Medicare billing, to wit: CT Scans, DEXA Scans, Evaluation and Management, Mammograms, MRI and MRA, Nuclear Medicine, Stereotactic Biopsy, Ultrasounds, Miscellaneous Exams and Multiple Patient Exams. These over billings are described in detail below.

8. Relator, Suzan J. Walker, worked for RRC for a total of 13 ½ years, which ended with her resignation in the fall of 1999. Relator was the Supervisor of Medicare Coders for RRC for a continuous ten (10) years from 1990-1999. During this ten year period, Relator, Suzan J. Walker, gained an extensive and detailed knowledge of the improprieties committed by RRC directors, officers, management and employees related to illegal Medicare billing.

9. At all times material hereto, all acts of all RRC's employees were done individually, while acting in their respective actual and/or apparent authority and within the course and scope of their employment with Defendant, Radiology Regional Center, P. A., a Florida corporation.

10. Relator, Suzan Walker has identified and documented the following over billings related to Defendant's upcoding, manipulation of diagnoses, addition of medically

unnecessary medical tests and/or procedures, inflation of charges and other quantifiable false claims made related to Defendant's billings to Medicare, to wit:

**Description of Fraudulent Billing Schemes**[1]**:**

a. Mammogram upcoding from 76092 to 76091,
Diagnostic Mammogram billed (76091), rather than appropriate Screening Mammogram (76092):
Approximate number of exams performed weekly: 500.
Approximate weekly amount billed: $55,000.
Bates Number Reference: 102-122, 126-208, 471-474.

b. Routine, pre-operative and routine chest x-rays billed as diagnostic, by manipulation of diagnosis:
Approximate total number of exams performed weekly: 125.
Approximate weekly amount billed: $10,000.00.
Bates Number Reference: 452-453, 463-466.

c. Fraudulent billing of Stereotactic Breast Biopsies - CPT's 99241-25, 19100 and 76090 or 76091:
Approximately number performed weekly: 35.
Approximate weekly amount billed: $35,000.00.
Bates Number Reference: 123-125, 338-339, 360-362, 363-365 (TC 76090), 342-348, 374-387, 351-353, 354, 357.

CPT code A4550 - billed at Medicare allowable of $53.00 totals an approximate weekly amount billed of $1,855.00.
Bates Number Reference: 338, 360-362, 363-365, 374-387.

Mammotome supply charges billed fraudulently:
Approximate number billed weekly: 20.
Approximate weekly amount billed (to Patient not Medicare): $5,800.00.

---

1 RRC's usual and customary ["U & C"] charges are 250% of Medicare allowable, with the exception of Mammograms, which are billed at RRC's U & C of $110, where Medicare allows approximately $84.00. The amounts listed represent RRC's U & C [false or fraudulent claims made for payment or approval] and not Medicare's allowable for these respective claims [actual payments received] that approximate 40%. Bates number references correspond to Relator's Description of Bates Stamped Documents attached to this *Qui Tam* Complaint and incorporated by reference in numbered paragraph 12., infra.

      Bates Number Reference: 338, 340-341, 360-362, 363-387, 349, 351-353, 354-356, 357-359.

d.  CT spine diagnosis manipulation:
Approximate number of exams performed weekly: 40.
Approximate weekly amount billed: $48,000.00.
Bates Number Reference: 6, 221-222.

e.  CT orbit fraudulently added, when CT Brain ordered, where pituitary or sella read in dictation:
Approximate number of exams performed weekly: 80.
Approximate weekly amount billed: $67,000.00
Bates Number Reference: 6, 19-21.

f.  Full study CT sinus (CPT 70486) billed, when actually a limited exam was performed at the hospitals (CPT 70486-52):
Approximately number of exams performed weekly: 20.
Approximate weekly amount billed: $5,000.00
Bates Number Reference: 6, 8, 585

g.  CT Chest/Thorax diagnosis manipulation:
Approximate number of exams performed weekly: 15.
Approximate weekly amount billed: $7,500.00.
Bates Number Reference: 6, 9-11, 22-25, 31-33, 37-39, 51-57, 221.

h.  Limited CT scan fraudulently added to CT ordered by referring physician (CPT 76380-59) and improper use of modifier:
Approximate number of exams performed weekly: 12.
Approximate weekly amount billed: $10,000.00.
Bates Number Reference: 5, 6, 12-15, 26-29, 40-47.

i.  Evaluation and Management ["E & M"] fraudulent billing with and without improper use of "-25" modifier:
Approximate number of exams performed weekly: 80.
Approximate weekly amount billed: $7,000.00.
Bates Number Reference: 93 (memo), 96-101, 425, 577, 582.

j.  CT Pelvis diagnosis manipulation:
Approximate number of exams performed weekly: 50.
Approximate weekly amount billed: $53,000.00.
Bates Number Reference: 6, 7, 219-221.

k.  Additional billing of CPT code 76375 to MRI knee's, etc. performed

on the Eclipse MRI Magnet, regardless of referral orders - 3D reconstruction:
Approximate number of exams performed weekly: 15.
Approximate weekly amount billed: $21,000.00.
Bates Number Reference: 244-246, 250-262, 573, 587 (11/99 updated requisition).

l. Bilateral MRI Breast billed (CPT 76094), when unilateral MRI Breast ordered:
Approximate number of exams performed weekly: 5.
Approximate weekly amount billed: $9,000.00.
Bates Number Reference: 225, 227.

m. Bi-lateral TMJ performed for comparison purposes, when only unilateral TMJ ordered:
Approximate number of exams performed weekly: 2.
Approximate weekly amount billed: $2,400.00.
Bates Number Reference: 225, 227.

n. Bi-lateral MRI extremity performed for comparison purposes, when only unilateral extremity ordered:
Approximate number of exams performed weekly: 30.
Approximate weekly amount billed: $32,000.00
Bates Number Reference: 225, 227, 268-270 (no-52 modifier reported).

o. Magnevist or gadolinium charge inflated:
Approximately number performed weekly: 70.
Approximate weekly amount overcharged: $3,897.00.
Bates Number Reference: 226, 588-590.

p. Lower extremity joint (CPT 73721) billed fraudulently, when MRI pelvis and hip ordered:
Approximate number of exams performed weekly: 15.
Approximate weekly amount billed: $18,000.00.
Bates Number Reference: 225, 227.

q. Nuclear Medicine Bone Scan whole body performed, when referring doctor ordered only a limited scan:
Approximate number of exams performed weekly: 5.
Approximate weekly amount billed: $5,000.00.
Bates Number Reference: 304, 319-328.

r. Overcharging for nuclear medicine pharmaceuticals:

        Approximate number of overcharges weekly: 45.
        Approximate weekly amount overcharged: $1,500.00.
        Bates Number Reference: 275-291(invoices), 304, 312-315, 320-328, 438.

s.    Ultrasound abdomen and pelvis performed, when only one area or single organ ordered by referring physician:
       Approximate number of exams performed weekly: 200.
       Approximate weekly amount billed [for additional scan billed]: $80,000.00.
       Bates Number Reference: 410-419, 426 (memo), 431-439, 446-448, 460-462, 467-469, 587 (11/99 updated requisition).

t.    Additional transvaginal ultrasound performed and billed, when referring physician orders were for ultrasound abdomen, retroperitonium or pelvis:
       Approximate number of exams performed weekly: 20.
       Approximate weekly amount billed: $3,000.00.
       Bates Number Reference: none.

u.    Arterial doppler/duplex extremity ultrasounds of the extremities fraudulently billed by manipulation of diagnosis:
       Approximate number of exams performed weekly: 80.
       Approximate weekly amount billed: $2,000.00.
       Bates Number Reference: 390-392, 440-442, 457-459, 463-466, 477-479 & 489, 492-497.

v.    Ultrasound groin fraudulently billed by manipulation of diagnosis.
       Approximate number of exams performed weekly: 10
       Approximate weekly amount billed: $2,500.00.
       Bates Number Reference: none.

w.    Improper billing of aspiration (75989) S & I, at hospital setting:
       Approximate number of exams performed weekly: 20.
       Approximate weekly amount billed: $4,000.00.
       Bates Number Reference: 552 (note), 554.

x.    Carotid doppler/duplex exam fraudulently billed by manipulation of diagnosis:
       Approximate number of exams performed weekly: 50.
       Approximate weekly amount billed: $50,000.00.
       Bates Number Reference: 390-392, 443-445, 449-451, 454-456, 480-488, 490-491, 498-500.

y.    Paracentesis performed and billed fraudulently as 49080-77-51; and improper use of modifiers:

          Approximate number of exams performed weekly: 10.
          Approximate weekly amount billed: $9,000.00.
          Bates Number Reference: 511-515.

z.    MRCP billed fraudulently as 74290-52:
      Approximate number of exams performed weekly: 10.
      Approximate weekly amount billed: $8,000.00.
      Bates Number Reference: 516-519, 542.

aa.   MRI and MRA ordered - Exams performed on two different days for reimbursement purposes:
      Approximate number of exams (split) weekly: 8.
      Approximate (additional) weekly amount billed: $16,000.00.
      Bates Number Reference: 236-240, 520-525.

bb.   CT & MRI ordered - Exams performed on two different days for reimbursement purposes:
      Approximate number of exams billed weekly: 8.
      Approximate amount billed weekly: $16,000.00.
      Bates Number Reference: none.

cc.   CPT 74480 added fraudulently to cystogram - stent placement:
      Approximate number of exams billed weekly: 15.
      Approximate weekly amount billed: $1,500.00.
      Bates Number Reference: 529-536.

dd.   CSF leak scans billed as 78360-52:
      Approximate number of exams billed weekly: 6.
      Approximate weekly amount billed: $1,500.00.
      Bates Number Reference: 545.

ee.   Plain film comparison films billed fraudulently (ie.: hands, wrists, elbows, knees, ankles, feet):
      Approximate number of exams performed weekly: 150.
      Approximate weekly amount billed: $12,000.00.
      Bates Number Reference: 546 (note), 575 (memo).

ff.   H-Pylori exams billed as 78261-52:
      Approximate number of exams billed weekly: 10.
      Approximate weekly amount billed: $2,000.00.
      Bates Number Reference: 306-309, 547-550.

gg.   Screening barium enemas billed as diagnostic barium enemas:

            Approximate number of exams billed weekly: 35.
            Approximate weekly amount billed: $7,000.00.
            Bates Number Reference: 551.

hh.    Upcoding cervical spine x-rays at hospitals:
        Approximate number of exams billed weekly: 40.
        Approximate weekly amount billed: $2,000.00.
        Bates Number Reference: 555 (memo).

ii.     Upcoding Kub/Stitzmark studies:
        Approximate number of exams performed weekly: 6.
        Approximate weekly amount billed: $1,200.00.
        Bates Number Reference: 571.

jj.     Upcoding of steroid joint injections:
        Approximate number of exams performed weekly: 5.
        Approximate weekly amount billed: $1,000.00.
        Bates Number Reference: 572.

kk.    Blanket reporting CPT 49180 for uncommon biopsies performed:
        Approximate number of exams performed weekly: 2.
        Approximate weekly amount billed: $2,000.00.
        Bates Number Reference: 584 (note).

ll.     CT Pelvis with contrast (CPT 72193) performed in addition to CT Abdomen with and without contrast which was ordered:
        Approximate number of exams performed weekly: 30.
        Approximate amount billed weekly: $30,000.00.
        Bates Number Reference: 587 (11/99 updated requisition).

mm.   Chiropractic referrals changed to RRC doctor for reimbursement purposes:
        Approximate number per week: 15.
        Approximate weekly amount billed: $4,500.00.
        Bates Number Reference: none.

nn.    Exams ordered and performed on relatives of RRC doctors and changed to another doctor for reimbursement purposes:
        Approximate number of exams monthly: 1.
        Approximate monthly amount billed: $110.00.
        Bates Number Reference: 561-570.

oo.    Knee x-rays, patella read - knee upcoded:

          Approximate number of exams billed weekly: 40.
          Approximate weekly amount billed: $3,500.00.
          Bates Number Reference: none.

pp.    Ultrasound breast performed, if abnormality found on Mammogram, but consent not requested from referral source:
        Approximate number of exams billed weekly: 150.
        Approximate weekly amount billed: $30,000.00.
        Bates Number Reference: none.

qq.    Upcoding exams at hospital, when number of views not dictated by RRC physician:
        Approximate number of exams billed weekly: 500.
        Approximate weekly amount billed: $25,000.00.
        Bates Number Reference: 556-557.

rr.    Upcoding of pre-MRI head skull films to orbit:
        Approximate number of exams billed weekly: 15.
        Approximate weekly amount billed: $1,300.00.
        Bates Number Reference: none.

ss.    Plain films billed to correlate with "hot spots" identified on nuclear bone scans:
        Approximate number of exams billed weekly: 50.
        Approximate weekly amount billed : $5,000.00.
        Bates Number Reference: 315-317, 325-328.

tt.    CT Scan Diagnosis Manipulation:
        Approximate number of exams billed weekly: 50
        Approximate weekly amount billed: $17,500.00.
        Bates Number Reference: 16-18, 62-64.

uu.    CT Head Diagnosis Manipulation:
        Approximate number of exams billed weekly: 50
        Approximate weekly amount billed: $50,000.00.
        Bates Number Reference: 26-30, 34-36, 48-50, 222-223.

vv.    CT Abdomen/Pelvis Diagnosis Manipulation:
        Approximate number of exams billed weekly: 20.
        Approximate weekly amount billed: $40,000.00.
        Bates Number Reference: 58-61, 219-221.

ww.    DEXA Diagnosis Manipulation:

Approximate number of exams billed weekly: 150
Approximate weekly amount billed: $2,500.00.
Bates Number Reference: 65-89.

xx. MRI Brain Diagnosis Manipulation:
Approximate number of exams billed weekly: 65.
Approximate weekly amount billed: $126,000.00.
Bates Number Reference: 217-218, 241-243, 247-249, 263-264.

yy. MRI Orbit added to MRI Brain, when Pituitary/Sella read:
Approximate number of exams billed weekly: 35.
Approximate weekly amount billed: $3,800.00.
Bates Number Reference: 218-219, 265-267.

zz. MRI Orbit Diagnosis Manipulation:
Approximate number of exams billed weekly: 30.
Approximate weekly amount billed: $40,000.00.
Bates Number Reference: none.

MRI Orbit Diagnosis Manipulation (continued): Billed twice, when performed with and without contrast, with -76 modifier.
Approximate number of exams billed weekly: 12.
Approximate weekly amount billed: $10,000.00.
Bates Number Reference: 271-274.

aaa. When Ultrasound Scrotum Ordered - RRC also performed Doppler/Duplex Study without referral order:
Approximate number of exams billed weekly: 30.
Approximate weekly amount billed: $4,500.00.
Bates Number Reference: 388, 395-396, 404 (note), 409 (memo).

bbb. Baker's Cyst Aspiration billed as Excision
Approximate number of exams billed weekly: 3.
Approximate weekly amount billed: $3,000.00.
Bates Number Reference: 422.

ccc. Pelvic Ultrasound Diagnosis Manipulation:
Approximate number of exams billed weekly: 50.
Approximate weekly amount billed: $8,600.00.
Bates Number Reference: 470-475.

ddd. Professional Courtesy for all referring physicians, their family members, office employees and friends:

Approximate (Co-payments) adjusted and written off weekly: $18,000.00. Bates Number Reference: 561-570.

11. Relator, Suzan J. Walker prepared a thirty-seven (37) page document entitled *Description Of Bates Stamped Documents*, representing a brief summary of seven hundred ninety eight (798) Bates Stamped documents that detail various types of over billings that Relator, Suzan J. Walker has identified in numbered paragraph 11., supra. The Description Of Bates Stamped Documents was previously provided to the United States, and is hereby incorporated by reference, as if those averments were fully set forth herein.

12. Relator is informed and believes, and on such information and belief avers that Defendant's employees conspired one with the other in the direct or indirect presentation of false claims for payment to the government and/or in making and using false records and statements to support such false claims for payment and/or in making and using false records or statements to get false or fraudulent claims paid or approved, and/or in making, using, or causing to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government, all in violation of the False Claims Act, 31 U.S.C. § 3729 et seq.

---

**COUNT 1**
**VIOLATION OF 31 U.S.C. § 3729**
**FALSE OR FRAUDULENT CLAIM MADE TO THE UNITED STATES**
**FOR PAYMENT OR APPROVAL**

13. Plaintiff adopts and realleges in this count the allegations contained in paragraphs 1 through 12 above, as if fully set forth herein.

14. Beginning on or about January 1, 1990, continuing through and including, the

present date, employees of Defendant, Radiology Regional Center, P. A., a Florida corporation, knowingly presented, or caused to be presented, to an officer or employee of the United States Government, via normal administrative channels of the Medicare program, numerous false or fraudulent claims for payment or approval; and/or knowingly made, used, or caused to be made or used, numerous false records or statements to get false or fraudulent claims paid or approved by the United States Government; and/or conspired to defraud the United States Government by getting false or fraudulent claims allowed or paid; and/or knowingly made, used, or caused to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government.

   a. During the period January, 1990, through on or about, December, 2000, the United States Government via Medicare Program Administration paid Defendant approximately $750,000 per month, based upon false and/or fraudulent claims for reimbursement made by RRC to the Medicare Program, resulting in a total combined loss to the United States of approximately $54 million dollars since 1994.

  15. In committing the acts and omissions averred in Paragraphs 1 through 14 above, Defendant violated The False Claims Act, 31 U. S. C. § 3729 (a) (1), by knowingly presenting or causing to be presented to an officer or employee of the United States Government a false or fraudulent claim for payment or approval.

  16. In addition, Defendant has separately violated The False Claims Act, 31 U. S. C. § 3729 (a) (2), by knowingly making, using or causing to be made or used a false record or statement to get a false or fraudulent claim paid or approved by the Government.

17. In addition, based upon information and belief, Defendant has separately violated The False Claims Act, 31 U.S. C. § 3729 (a) (3), by conspiring to defraud the Government by getting a false or fraudulent claim allowed or paid.

18. In addition, based upon information and belief, Defendant has separately violated The False Claims Act, 31 U.S. C. § 3729 (a) (7), by knowingly making, using, or causing to be made or used, a false record or statement to conceal, avoid, or decrease an obligation to pay or transmit money or property to the Government.

19. To the extent, if any, that this case is deemed to be a related action and that facts set forth herein are deemed to be the same as facts underlying an existing *Qui Tam* False Claims Act action pending at the time of filing of this action, as prohibited by 31 U.S.C. § 3730 (e) (3), then said factual allegations in common with the pending action, which would cause this to be a related cause of action, are hereby expressly excluded from this action, but only to the limited extent necessary to exclude such preemption.

a. Further, to the extent that the allegations or transactions set forth herein are the subject of an existing civil suit or an administrative civil money penalty proceeding in which the Government is already a party, then the allegations or transactions referred to herein which are the subject of any such civil suit or administrative civil money penalty proceeding are expressly excluded here from, but only for the specific time periods and specific allegations or transactions as necessary.

20. Pursuant to 31 U.S.C. 3729 (a), Defendant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, for each violation of the False Claims Act, plus three (3) times the amount of damages which the

United States sustains because of the acts of Defendant.

WHEREFORE, Plaintiff, demands judgment against Defendant, for a civil penalty of $10,000 per false claim, plus three (3) times the amount of damages that the Government sustains because of Defendant's acts, pursuant to 31 USC § 3729; reasonable expenses, attorney's fees and costs, that this Honorable Court deems necessarily incurred, pursuant to 31 USC § 3730 (d) (1) (2), and such other relief as may be deemed equitable and just under the circumstances.

---

**DEMAND FOR JURY TRIAL**

Plaintiff in the above-styled cause demand a trial by jury of all issues triable as a matter of right.

**Dated this 6th day of May, 2004.**

**Respectfully submitted,**

**JOSEPH J. PAPPACODA, ESQUIRE**
**Attorney For Qui Tam Plaintiff**
**500 SE 6th Street, Suite 100**
**Fort Lauderdale, Florida 33301**
**(954) 522-6659**
**Florida Bar Number: 883018**

**cc: Honorable John E. Steele**