**IN CAMERA**

SEALED DNF

U.S. District Court
Middle District of Florida (Ft. Myers)

CIVIL DOCKET FOR CASE #: 00-CV-558

Sealed, et al v. Sealed, et al                              Filed: 12/15/00
Assigned to: Judge John E. Steele                  Jury demand: Plaintiff
Demand: $0,000                                             Nature of Suit: 890
Lead Docket: None                                          Jurisdiction: US Plaintiff
Dkt# in other court: None

Cause: 31:3729 False Claims Act


USA, ex rel                             Mark A. Steinbeck
     plaintiff                          239/461-2268
                                        [COR LD NTC]
                                        U.S. Attorney's Office
                                        Middle District of Florida
                                        U.S. Courthouse
                                        2110 First St., Room 3-137
                                        Ft. Myers, FL 33901
                                        239/461-2200

                                        Samuel D. Armstrong
                                          [term 02/11/04]
                                        407/648-7632
                                        [COR LD NTC]
                                        U.S. Attorney's Office
                                        Middle District of Florida
                                        501 W. Church St., Suite 300
                                        Orlando, FL 32805
                                        407/648-7500

                                        Michael F. Hertz
                                        [COR LD NTC]
                                        Patricia R. Davis
                                        202/616-3085
                                        [COR LD NTC]
                                        U.S. Dept. of Justice
                                        Civil Division
                                        601 D Street, NW, Rm 9022
                                        Washington, DC 20004
                                        202/307-0238

SUZAN J. WALKER, an individual          Samuel D. Armstrong
     plaintiff                          (See above)
                                        [COR LD NTC]

                                        Joseph J. Pappacoda
                                        [COR LD NTC]
                                        Law Office of Joseph J.

Docket as of June 21, 2004 8:11 am                         Page 1

Proceedings include all events.
2:00cv558 Sealed, et al v. Sealed, et al                                          SEALED
                                                                                  DNF

                                    Pappacoda
                                    Colee Station
                                    P.O. Box 2454
                                    Ft. Lauderdale, FL 33303-2454
                                    954/522-6659

    v.

RADIOLOGY REGIONAL CENTER,          Michael Garrett Austin
P.A., a Florida Corporation         [COR LD NTC]
      defendant                     McDermott, Will & Emery, LLP
                                    201 S. Biscayne Blvd., Suite 2200
                                    Miami, FL 33131-4336
                                    305/358-3500

                                    Benjamin H. Hill, III
                                    813/221-2900
                                    [COR LD NTC]
                                    Lara J. Tibbals
                                    813/221-2900
                                    [COR LD NTC]
                                    Hill, Ward & Henderson, P.A.
                                    101 E. Kennedy Blvd., Suite 3700
                                    P.O. Box 2231
                                    Tampa, FL 33601
                                    813/221-3900

                                    Ankur J. Goel
                                    [COR LD NTC]
                                    McDermott, Will & Emery
                                    600 13th St. N.W., Suite 1200
                                    Washington, DC 20005-3096
                                    202/756-8296

HOWARD M. SHERIDAN, M.D., an
individual
    defendant

RANDOLPH J. KNIFIC, an
individual
    defendant

MICHAEL J. CARRON, M.D., an
individual
    defendant


Docket as of June 21, 2004 8:11 am                           Page 2

```
Proceedings include all events.
2:00cv558 Sealed, et al v. Sealed, et al                    SEALED
                                                            DNF
STUART A. BOBMAN, M.D., an
individual
     defendant


CHAIM J. MARGOLIN, M.D., an
individual
     defendant


DAVID H. TURKEL, M.D., an
individual
     defendant


RODGER W. SHAVER, M.D., an
individual
     defendant


BRAIN A. KRIVISKY, M.D., an
individual
     defendant


CAREY S. LINKER, M.D.,Ph.D, an
individual
     defendant
```

```
Proceedings include all events.
2:00cv558 Sealed, et al v. Sealed, et al                              SEALED
                                                                      DNF

12/15/00  3       QUI TAM COMPLAINT ; jury demand  Filing fee $ 150.00
                  Receipt # F000458 (seal) [Entry date 12/19/00]
                  [Edit date 12/19/00]

12/15/00  1       MOTION by USA, Suzan J. Walker for leave to file under
                  seal (seal) [Entry date 12/19/00]

12/19/00  2       ORDER  granting [1-1] motion for leave to file under seal
                  ( Signed by Judge John E. Steele ) ctc (seal)

12/19/00  --      MAGISTRATE JUDGE CASE ASSIGNMENT  Magistrate assigned:
                  Douglas N. Frazier (seal)

2/6/01    4       UNOPPOSED EX PARTE MOTION by USA with memorandum in support
                  (unopposed) to extend time to consider election to
                  intervene referred to Magistrate Judge Douglas N. Frazier
                  (seal)

2/7/01    5       ORDER  granting [4-1] motion (unopposed) to extend time to
                  consider election to intervene. The U.S. shall have until
                  8/27/1, in which to notify the Court of its decision
                  whether to intervene in this action. (Signed by Judge John
                  E. Steele) ctc (seal)

8/24/01   6       SECOND EX PARTE UNOPPOSED MOTION by USA to extend time to
                  consider election to intervene (seal)

8/27/01   7       ORDER  granting [6-1] consent motion to extend time to
                  consider election to intervene until 2/25/01. ( Signed by
                  Judge John E. Steele ) ctc (seal)

11/15/01  8       NOTICE by Suzan J. Walker  of change of address for counsel
                  (seal)

2/21/02   9       THIRD UNOPPOSED EX PARTE APPLICATION by USA to extend time
                  to consider election to intervene (seal)

2/22/02   10      ORDER  granting [9-1] motion to extend time to consider
                  election to intervene. The U.S. shall notify the Court on
                  or before 8/24/2, whether it intends to intervene in this
                  case. ( Signed by Judge John E. Steele ) ctc (seal)
                  [Entry date 02/26/02]

3/27/02   11      NOTICE by Suzan J. Walker  of unavailability of counsel
                  from 3/29/02 to 11/4/02 (seal)

8/20/02   12      UNOPPOSED EX PARTE MOTION by USA "unopposed" to extend time
                  to consider election to intervene (seal)
                  [Edit date 08/21/02]

8/21/02   13      ORDER  granting [12-1] consent motion "unopposed" to
                  extend time to consider election to intervene on or before
                  2/20/03 ( Signed by Judge John E. Steele ) ctc (seal)
```

```
Proceedings include all events.
2:00cv558 Sealed, et al v. Sealed, et al                               SEALED
                                                                       DNF
2/20/03    14    FIFTH UNOPPOSED MOTION by USA (unopposed) to extend time
                 to consider election to intervene (seal)

2/24/03    15    ORDER  granting [14-1] consent motion (unopposed) to
                 extend time to consider election to intervene. The USA
                 shall notify this court by 8/20/3, whether it intends to
                 intervene in this case. (Signed by Judge John E. Steele)
                 ctc (seal)

8/19/03    16    EX PARTE UNOPPOSED MOTION by USA (unopposed) to extend
                 time to consider election to intervene (seal)

8/20/03    17    ORDER  granting [16-1] consent motion (unopposed) to extend
                 time to consider election to intervene ( Signed by Judge
                 John E. Steele ) ctc (seal)

9/24/03    18    UNOPPOSED EX PARTE APPLICATION by USA to unseal to
                 disclose this qui tam action to the defendants (seal)
                 [Entry date 09/26/03]

9/26/03    19    ORDER  granting [18-1] motion to unseal to disclose this
                 qui tam action to the defendants ( Signed by Judge John E.
                 Steele ) ctc (seal)

10/24/03   20    SEVENTH UNOPPOSED EX PARTE MOTION by USA to extend time to
                 consider election to intervene (seal) [Entry date 10/27/03]

10/27/03   21    ORDER  granting [20-1] consent motion to extend time to
                 consider election to intervene ( Signed by Judge John E.
                 Steele ) ctc (seal)

1/2/04     22    UNOPPOSED MOTION by Radiology Regional (unopposed) to
                 partially unseal complaint (seal) [Entry date 01/05/04]

1/2/04     23    ORDER  granting [22-1] consent motion (unopposed) to
                 partially unseal complaint ( Signed by Judge John E. Steele
                 ) ctc (seal) [Entry date 01/05/04]

1/28/04    24    CONSENT MOTION by Radiology Regional  with memorandum in
                 support (consent) for leave to maintain file under seal
                 (proposed order attached) (seal) [Entry date 01/29/04]

1/29/04    25    NOTICE of election to intervene by USA (seal)
                 [Entry date 01/30/04]

1/29/04    26    ORDER  granting [24-1] motion (consent) for leave to
                 maintain file under seal ( Signed by Judge John E. Steele )
                 ctc (seal) [Entry date 01/30/04]
```

```
Proceedings include all events.
2:00cv558 Sealed, et al v. Sealed, et al                                SEALED
                                                                        DNF
```

| Date | # | Description |
|---|---|---|
| 1/30/04 | 27 | ORDER that the relator's complaint, the United States' Notice of Intervention, Defendant Radiology Regional Center's Motion to Maintain Seal, and this Order will be maintained under seal the United States files and serves its Complaint.  The United States will file and serve its Complaint upon Defendants, together with this Order, within 45 days.  All other court papers or orders on file in this matter prior to the date of this Order will remain under seal. ( Signed by Judge John E. Steele ) ctc (seal) |
| 2/5/04 | 28 | APPEARANCE of non-resident counsel and designation of local counsel as to Radiology Regional . Local counsel:  Benjamin H. Hill III, Lara J. Tibbals . Non-resident counsel: Ankur J. Goel. (seal) |
| 2/6/04 | 29 | ORDER  granting [28-1] counsel designation ( Signed by Magistrate Judge Douglas N. Frazier ) ctc (seal) [Entry date 02/09/04] |
| 2/11/04 | 30 | NOTICE by USA  of substitution of AUSA. Terminated attorney Samuel D. Armstrong for USA (seal) |
| 3/12/04 | 31 | JOINT MOTION by USA, Radiology Regional, Suzan J. Walker to extend time the seal (seal) [Entry date 03/15/04] |
| 3/16/04 | 32 | ORDER  granting [31-1] joint motion to extend time the seal ( Signed by Judge John E. Steele ) ctc (seal) |
| 5/11/04 | 33 | AGREED MOTION by USA, Radiology Regional (agreed) to extend time to file complaint (seal) [Entry date 05/17/04] |
| 5/17/04 | 34 | ORDER  granting [33-1] consent motion (agreed) to extend time to file complaint ( Signed by Judge John E. Steele ) ctc (seal) |
| 5/26/04 | 35 | AMENDED QUI TAM COMPLAINT by USA, Suzan J. Walker amending [3-1] complaint (seal) [Entry date 06/03/04] |
| 5/27/04 | 36 | STIPULATION dismissing complaint, and for the case to be unsealed  by plaintiff USA, defendant Radiology Regional . (seal) [Entry date 06/03/04] |
| 5/27/04 | 37 | NOTICE of filing attachment to joint stipulation of dismissal and motion regarding the seal by USA (seal) [Entry date 06/03/04] |
| 6/14/04 | 38 | ORDER of dismissal ( Signed by Judge John E. Steele ) ctc (seal) [Entry date 06/18/04] |